UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANN REGAN, | |
|     Plaintiff | |
| | Civil No. 12-11763-GAO |
| v. | |
| | |
| UNITED STATES OF AMERICA, | |
| Corporations 1 through 5 | |
|     Defendants. | |

## PLAINTIFF, ANN REGAN'S MOTION FOR LEAVE TO AMEND COMPLAINT TO ADD NEW PARTIES

**TO THE HONORABLE COURT:**

    Now comes the Plaintiff, Ann Regan ("Plaintiff") through undersigned counsel and pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully requests this court grant the plaintiff leave to amend her complaint to add two additional defendants. In support of this motion, the plaintiff states the following:

1. On June 3, 2013, this honorable court issued a scheduling order setting the deadline to amend pleadings and/or add parties for September 21, 2013'

2. After speaking with counsel for the codefendant United States of America and reviewing discovery responses produced by same, appearing party became aware that there was a contractual relationship between the United States and Work Consolidated, Inc. This company, along with Schindler Elevator, Inc., were responsible, among other things, for the maintenance and inspection of the elevator where the accident took place, causing injuries to the plaintiff. Upon information and belief, said companies failed to adequately maintain the elevators in a safe condition and/or failed to properly inspect and/or failed to properly repair the elevator that caused the accident alleged in the complaint.

    WHEREFORE, Plaintiff requests this Honorable Court grant the above Motion for Leave to Amend the Complaint to Add New Parties, Work Consolidated, Inc., and Schindler Elevator, Inc., as additional defendants.

        Respectfully Submitted
        Ann Regan, Plaintiff

        By her Attorney,

        */s/ David M. Click*
        David M. Click,
        DENNER PELLEGRINO, LLP
        Four Longfellow Place, 35th Floor
        Boston, MA 02114
        (617) 227-2800
        Fax: 617-973-1562
        Email: dclick@dennerpellegrino.com

Dated:  August 22, 2013

## CERTIFICATE OF SERVICE

     I HEREBY certify that on this 22nd day August, 2013, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following counsel of record:

Giselle J. Joffre
United States Attorney's Office MA
Suite 9200
1 Courthouse Way
Boston, MA 02210
617-748-3136
Fax: 617-748-3969

        */s/ David M. Click*